# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

IN RE:                                          CHAPTER 13 PROCEEDINGS
LATASHA DUNNIGAN

CASE NO. 18-22639 KL

## NOTICE OF WITHDRAWAL OF DOCUMENT

Comes now Paul R. Chael, Chapter 13 Trustee herein, and withdraws the document filed on December 16, 2020, docket number 80, Trustee's Motion to Dismiss.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2020, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service:

U.S. Trustee
Lavita Ball

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Debtor(s) -     LATASHA DUNNIGAN, 1001 East 51st Place, Gary, IN, 46409

/s/ Paul R. Chael
Paul R. Chael
401 West 84th Drive
Merrillville, IN 46410
(219) 650-4015